Paige Hammer
Wyoming State Bar No. 7-5882
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
307-772-2124
paige.hammer@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL SCOTT HOPPER,**<br><br>Defendant. | **Criminal No. 26-CR-28-ABJ** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule of Criminal Procedure 61.2, the government hereby moves for Assistant United States Attorney (AUSA) Paige N. Hammer's withdrawal as counsel for the government in the above-captioned matter. AUSA Timothy W. Gist has an entry of appearance on the record and will represent the United States henceforth. Having satisfied the requirements of Rule 61.2, the United States respectfully requests an order granting AUSA Paige Hammer's withdrawal as counsel for the United States.

**DATED** this 21st day of April, 2026.

Respectfully submitted,

DARIN D. SMITH
United States Attorney

By:  */s/ Paige Hammer*
PAIGE HAMMER
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that on the 21st day of April, 2026, I served a true and correct copy of the foregoing **Motion to Withdraw as Counsel** upon counsel of record for the Defendant by electronically filing this document with the court.

*/s/ Vickie L. Smith*
UNITED STATES ATTORNEY'S OFFICE

2