## WITNESS 1 STATEMENT SUMMARY

I, Loana Dominguez, am a defense investigator for the Federal Public Defender. On April 21, 2026, Assistant Federal Public Defender Jordan Deckenbach and I interviewed Witness 1.[1] Witness 1 told us the following.

Witness 1 is a resident of the State of Wyoming and was summoned as a grand juror by the United States District Court for Wyoming in March 2026.

On March 16, 2026, Witness 1 reported to the U.S. Federal Courthouse in the Casper, Wyoming. After checking in, the group of potential grand jurors were ushered into a courtroom. In addition to the summoned grand jurors there were several individuals from the U.S. Attorney's Office. These individuals included the U.S. Attorney for the District of Wyoming, Darin Smith, and Assistant U.S. Attorney, Stephanie Sprecher. While waiting for the judge, Smith stood up and addressed the group. Smith first inquired about where everyone was from. Smith then proceeded to ask if anyone had questions about the process.

Witness 1 further relayed that in explaining the process, Smith stated the following. He stated the proceedings are different than a normal jury trial. He stated the defendants were not going to be run of the mill criminals seen in state court. He stated the grand jurors were going to hear cases where the defendants were bad people. He described the defendants as "bad guys" who "did what you are going to hear about." He stated the defendants were "murderers" and that the deliberations "won't take long" to determine they committed the alleged crimes based on the evidence provided to the grand jury. He stated the last grand jury was able to come back in 3 minutes based on the evidence provided to them.

Witness 1 stated that present in the courtroom was AUSA Sprecher, two legal assistants or paralegals, as well as the other summoned grand jurors. AUSA Sprecher and her staff appeared to be working while Smith made these statements directly to the grand jurors. Witness 1 said all this occurred before Judge Rankin entered the courtroom and greeted everyone.

Witness 1 subsequently relayed that they wished to keep their identity confidential for fear of relation by the U.S. Attorney's Office. Witness 1 stated they would be willing to share this information directly with the Court.

---

1 The defense intends to simultaneous file a motion to provide the Court with Witness 1's identity under seal due to their expressed fear of retaliation.

1